## SMITH *v.* WALKER, executrix.

SIMMONS, C. J.   The charge of the court, in so far as excepted to, was not erroneous.   There are no such assignments of error upon the other rulings of the court, which are complained of, as will enable this court to consider the same; and there being sufficient evidence to support the verdict, the discretion of the trial judge in refusing a new trial will not be controlled.          *Judgment affirmed.   All the Justices concurring.*

Argued June 29, — Decided July 27, 1897.

Equitable petition.   Before Judge Hart.   Baldwin superior court.   January term, 1896.

*Crawford & Crawford,* for plaintiff.
*Whitfield, Allen & Moore,* for defendant.

---

## CUNNINGHAM *v.* MILLS, administrator.

FISH, J.   The plaintiff, an administrator, having shown title in his intestate to the property for which he sued, and the defense resting entirely upon a written instrument executed by the deceased, which the defendant set up as vesting in him, for certain uses and trusts, the property in dispute, and this instrument being testamentary in its character, and therefore inoperative to pass title at the time of its execution, and not having been duly attested as a will, and consequently not having been admitted to probate as such, there was no error in directing a verdict in the plaintiff's favor.          *Judgment affirmed.   All the Justices concurring.*

Argued June 16, — Decided July 28, 1897.

Equitable petition.   Before Judge Falligant.   Chatham superior court.   December term, 1896.

*John Nicholson Jr.,* for plaintiff in error.            .
*Denmark, Adams & Freeman,* contra.